UNITED STATES DISTRICT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

**BARBARA PARKER,**
    Plaintiff

V.

**HOST MARRIOTT CORPORATION,
D/B/A SPRINGHILL SUITES AND
MARRIOTT INTERNATIONAL, INC.,
D/B/A/ SPRINGHILL SUITES**
    Defendants

05-11855WGY

MAGISTRATE JUDGE Alexander

## COMPLAINT AND DEMAND FOR JURY TRIAL

### INTRODUCTION

The Plaintiff, Barbara Parker, brings this action against the defendants to seek compensation for injuries she sustained at a SpringHill Suites Marriott at 43 Newbury Street, Peabody, Massachusetts due to the negligence of the defendants by improperly maintaining a wet floor causing the plaintiff to fall and injure her right knee.

### JURISDICTION

This court has subject matter jurisdiction pursuant to 28 U.S.C. section 1332 (a) (1) (diversity jurisdiction).

### PARTIES

1. The Plaintiff, Barbara Parker, is an individual residing at 363 Meadow View Drive, Montoursville, Pennsylvania. (At the time of the accident the Plaintiff resided at 9363 East Hillview Circle, Mesa, Arizona.)

2. The Defendant, Host Marriott Corporation is a corporation organized under the laws of Delaware with a principal place of business at 6903 Rockledge Drive, Suite 1500, Bethesda, Maryland and does business as SpringHill Suites at 43 Newbury Street, Peabody, Massachusetts.

3. The Defendant, Marriot International, Inc. is a corporation organized under the laws of

Delaware with a principal place of business at 10400 Fernwood Road, Bethesda, Maryland and does business as SpringHill Suites at 43 Newbury Street, Peabody, Massachusetts.

## FACTS

4. At all times hereinafter mentioned, the SpringHill Suites Marriott at 43 Newbury Street, Peabody, Massachusetts, (herein after referred to as "SpringHill Suites") was under the control and/or ownership of the Defendants.

5. On or about October 4, 2002, the Plaintiff was a guest at the SpringHill Suites, which was owned and maintained by the Defendants.

## COUNT I

### NEGLIGENCE AGAINST HOST MARRIOTT CORPORATION

6. The Plaintiff, Barbara Parker, re-alleges paragraphs 1 through 5 as if specifically set forth herein.

7. On or about October 4, 2002, the Defendant, Host Marriott Corporation, their agents, servants or employees or one acting on their behalf, so negligently and carelessly maintained the SpringHill Suites, that by reason thereof the plaintiff was cause to be injured.

8. As a result of the negligence caused by the Defendant, Host Marriott Corporation, their agents, servants or employees the Plaintiff, Barbara Parker was injured, suffered pain of body and mind, required hospital and medical treatment and could not carry out her usual activities for a long period of time.

**WHEREFORE**, the Plaintiff, Barbara Parker requests the following relief:

1. That the Court award Plaintiff her damages plus interest and costs.
2. That the Court award any other relief it deems appropriate.

## COUNT II

### NEGLIGENCE AGAINST MARRIOTT INTERNATIONAL, INC.,

9. The Plaintiff, Barbara Parker, re-alleges paragraphs 1 through 5 as if specifically set forth herein.

10. On or about October 4, 2002, the Defendant, Marriott International, Inc., their agents, servants or employees or one acting on their behalf, so negligently and carelessly maintained the SpringHill Suites, that by reason thereof the plaintiff was cause to be injured.

11. As a result of the negligence caused by the Defendant, Marriott International, Inc., their agents, servants or employees the Plaintiff, Barbara Parker was injured, suffered pain of body and mind, required hospital and medical treatment and could not carry out her usual activities for a long period of time.

**WHEREFORE**, the Plaintiff, Barbara Parker requests the following relief:

1. That the Court award Plaintiff her damages plus interest and costs.
2. That the Court award any other relief it deems appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, Barbara Parker, demands a trial by jury as to all triable issues.

Barbara Parker
By her Attorney,

Dated: September 14, 2005

Steven R. Whitman, Esq.
Law Offices of Steven R. Whitman
197 Portland Street
Boston, MA 02114
(617) 227-8118
BBO# 567023

S:\WP9\srw\Pleadings\parkercomplaint.wpd

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BARBARA PARKER

### DEFENDANTS
HOST MARRIOTT CORPORATION D/B/A SPRINGHILL SUITES AND MARRIOTT INTERNATIONAL, INC. D/B/A

(b) County of Residence of First Listed Plaintiff: **Lycoming**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Steven R. Whitman, Esq., Law Office of Steven R. Whitman, 197 Portland Street, Boston, MA 02114, 617-227-8118

Attorneys (If Known)
05-11855WGY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. section 1332 (a) (1)
Brief description of cause:
Personal injury claim for improperly maintained premises

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 300,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 9/14/05
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Barbara Parker v. Host Marriott Corporation and Marriott International, Inc__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ☐ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

    ☑ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

    ☐ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

    ☐ V.   150, 152, 153.

    **05 - 11855 WGY**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES ☐    NO ☑
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES ☐    NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ☐    NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ☐    NO ☑

    A. If yes, in which division do all of the non-governmental parties reside?
       Eastern Division ☐    Central Division ☐    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Steven R. Whitman, Esq. Law Offices of Steven R. Whitman
ADDRESS   197 Portland Street, Boston, MA 02114
TELEPHONE NO.   617-227-8118

(CategoryForm.wpd - 5/2/05)