%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

BARBARA PARKER

V.

HOST MARRIOTT CORPORATION
D/B/A SPRINGHILL SUITES AND
MARRIOTT INTERNATIONAL, INC.,
D/B/A SPRINGHILL SUITES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-11855WGY

TO: (Name and address of Defendant)

HOST MARRIOTT CORPORATION
D/B/A SPRINGHILL SUITES
6903 Rockledge Drive, Suite 1500
Bethesda, Maryland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven R. Whitman, Esq.
Law Offices of Steven R. Whitman
197 Portland Street
Boston, MA 02114
(617)227-8118

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9-14-05

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6[...]

Suffolk, ss.

September 26, 2005

I hereby certify and return that on 9/20/2005 at 2:45PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Jay Douglas, process clerk, agent and person in charge at the time of service for Host Marriot Corporation dba Springhill, at , 84 State Street, C/O the Prentice-Hall Corporation System Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   John Cotter

_signature: John Cotter_
Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.