UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA PARKER,<br>    Plaintiff,<br><br>vs.<br><br>HOST MARRIOTT CORPORATION,<br>D/B/A SPRINGHILL SUITES AND<br>MARRIOTT INTERNATIONAL, INC.<br>D/B/A SPRINGHILL SUITES,<br>    Defendants. | CIVIL ACTION NO.<br><br>05 11855 WGY |

### STIPULATION TO DISMISS WITHOUT PREJUDICE COUNTS I AND II AGAINST HOST MARRIOTT CORPORATION D/B/A SPRINGHILL SUITES

Pursuant to Fed. R. Civ. P. 41(a) the parties stipulate that Counts I and II against Host Marriott Corporation D/B/A Springhill Suites of the Complaint be dismissed without prejudice and without costs to any party.

| | |
|---|---|
| BARBARA PARKER<br>By Her Attorney, | MARRIOTT INTERNATIONAL, INC..<br>By Its Attorneys, |
| LAW OFFICES OF STEVEN R.<br>WHITMAN, | CAMPBELL CAMPBELL EDWARDS &<br>CONROY, PROFESSIONAL<br>CORPORATION, |
| /s/ Steven R. Whitman / cac<br>Steven R. Whitman, BBO # 526470<br>197 Portland Street<br>Boston, MA 02114<br>(617) 227-8118 | /s/<br>James M. Campbell, BBO # 541882<br>Christopher A. Callanan, BBO # 630649<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the following attorneys of record on October 13, 2005:

<u>via regular mail:</u>
Steven R. Whitman
Law Offices of Steven R. Whitman
197 Portland Street
Boston, MA  02114

 

_____
Christopher A. Callanan