UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA PARKER,<br>    Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC.<br>D/B/A SPRINGHILL SUITES,<br>    Defendants. | CIVIL ACTION NO.<br>05 11855 WGY |

### MARRIOTT INTERNATIONAL, INC.'S
### LOCAL RULE 16.3(D)(3) CERTIFICATION

Marriott International, Inc. ("Marriott"), pursuant to Local Rule 16.1(D)(3), certifies that client and counsel have conferred

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

MARRIOTT INTERNATIONAL, INC..

_____
Keith Shevlin
Senior Claims Administrator
Marriott Claims Services

By its attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL
CORPORATION,

_____
James M. Campbell, BBO # 541882
Christopher A. Callanan, BBO # 630649
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorneys of record on __Nov. 14__, 2005 via the ECF system and by first-class mail, postage prepaid:

Steven R. Whitman
Law Offices of Steven R. Whitman
197 Portland Street
Boston, MA 02114

_____
Christopher A. Callanan