UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
BARBARA PARKER                          \*
                                        \*
       Plaintiff,                       \*
                                        \*
v.                                      \*     Civil Action No. 05-cv-11855-WGY
                                        \*
MARRIOTT INTERNATIONAL,                 \*
INC. d/b/a SPRINGHILL SUITES            \*
                                        \*
       Defendant.                       \*
                                        \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATION**

We hereby certify that we have discussed the above action with a view to establishing a budget for the costs of conducting a full course – and various alternative courses – of the litigation, and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Dated: November 8, 2005                 _/s/ Barbara Parker_
                                        Barbara Parker


Dated: November 8, 2005                 _/s/ Steven R. Whitman_
                                        Steven R. Whitman, Esq.., BBO# 526470
                                        Law Office of Steven R. Whitman
                                        197 Portland Street
                                        Boston, MA 02114
                                        (617) 227-8118