UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
**BARBARA PARKER**         \*
\*
**Plaintiff,**       \*
\*
v.                   \*      Civil Action No. 05-cv-11855-WGY *as modified*
\*               So ordered as the case management
**MARRIOTT INTERNATIONAL,** \*        scheduling order.
**INC. d/b/a SPRINGHILL SUITES** \*       Discovery due *Oct 15, 2006*
\*               Dispositive Motions due *Nov 1, 2006*
**Defendant.**       \*
\*               *William G. Young*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     U.S. District Judge

### JOINT STATEMENT OF THE PARTIES IN PREPARATION FOR INITIAL SCHEDULING CONFERENCE

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1, and the Court's Notice of Scheduling Conference, counsel for defendant Marriott International, Inc. and counsel for plaintiff, Barbara Parker ("Plaintiff"), certify that they have conferred concerning, among other things: the nature and basis of their claims and defenses, the possibility of a settlement of the case, preparing an agenda for matters to be discussed at the scheduling conference, and preparing a proposed pretrial schedule for the case including a plan for discovery.

**I.      PROPOSED PRETRIAL SCHEDULE**

The parties anticipate that discovery may be conducted along the following schedule:

| Deadline | Event |
| --- | --- |
| January 21, 2006 | Complete automatic discovery consistent with Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A). |
| July 30, 2006 | Completion of all discovery, other than requests for expert disclosures. |

| | |
|---|---|
| August 14, 2006 | Plaintiff's service of all expert disclosures, if any, pursuant to Fed. R. Civ. P. 26(a)(2). |
| September 15, 2006 | Defendant's service of all expert disclosures, if any, pursuant to Fed. R. Civ. P. 26(a)(2). |
| October 15, 2006 | Service of any responses and supplemental expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2). |
| November 1, 2006 | File any dispositive motions under Fed. R. Civ. P. 56, with all supporting documents. |
| November 15, 2006 | File any oppositions to dispositive motions under Fed. R. Civ. P. 56, with supporting documents. |
| ~~November 30, 2006~~ | ~~File all replies to oppositions to dispositive motions under Fed. R. Civ. P. 56, with supporting documents.~~ *WY* |
| To be determined | A pretrial conference, if necessary following decision on dispositive motions, with all dates following such pretrial conference, ~~including expert disclosure and discovery~~, to be scheduled at the Court's discretion. *WY* |

The parties do not believe it is necessary for discovery to proceed in "phases," except as set forth in its proposed discovery schedule above.

## II.    TRIAL BY MAGISTRATE JUDGE

The Plaintiff consents to referral of this matter for trial by a magistrate judge. The defendant does not consent at this time.

## III.    CERTIFICATIONS UNDER LOCAL RULE 16.1(D)(3)

Plaintiff's certification required by Local Rule 16.1(D)(3) and Defendant's certification required by Local Rule 16.1(D)(3) will be submitted under separate cover.

Respectfully submitted,

| | |
|---|---|
| Barbara Parker, | Marriott International, Inc., |
| By her attorneys, | By its attorneys, |
| /s/ Steven R. Whitman | /s/ |
| Steven R. Whitman, Esq. (BBO #567023) | James M. Campbell, BBO #541882 |
| Daniel P. Munnelly. (BBO #631223) | Christopher A. Callanan BBO 630649 |
| Law Office Steven R. Whitman | Campbell, Campbell Edwards & Conroy |
| 197 Portland Street | One Constitution Plaza |
| Boston, MA 02114 | Boston, MA 02129 |
| (617) 227-8118 | (617) 241-3000 |

Dated: November 8, 2005

### CERTIFICATE OF SERVICE

I, Steven R. Whitman, hereby certify that on November 8, 2005, I caused a copy of the foregoing document to be served upon counsel for the Defendant.

_____
Steven R. Whitman, Esq.