UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Barbara Parker | Civil Action<br>No: 05-11855-WGY |
| Plaintiff |  |
| v. |  |
| Host Marriott Corporation et al<br>Defendant |  |

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, D.J.

    The Court having been advised on that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine

Deputy Clerk

August 18, 2006

To: All Counsel